

# Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00103-CV

**IN RE** Irene **ALVARADO**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
              Rebeca C. Martinez, Justice
              Jason Pulliam, Justice

Delivered and Filed:  March 11, 2015

PETITION FOR WRIT OF MANDAMUS DENIED

On February 25, 2015, relator filed a petition for writ of mandamus complaining of the trial court's order striking her petition in intervention and for adoption. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2014-CVL-000326-D4, styled *In the Interest of D.A., A Child*, pending in the 406th Judicial District Court, Webb County, Texas, the Honorable Paul D. Gallego presiding.